tratrix, etc., against the Rome, Watertown & Ogdensburg Railroad Company and another. No opinion. Judgment and order affirmed, with costs.

In re POPP. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) In the matter of the judicial settlement of the account of Anton Popp, as one of the executors of the last will and testament of Marianne Kempf, deceased.

PER CURIAM. The order of reference is reversed, without costs, as a reference is unnecessary; but the surrogate has jurisdiction to hear and determine the question. See 107 N. Y. Supp. 277.

PORCELLA, Appellant, v. NORTON, Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Santiago Porcella against Evermont H. Norton. H. G. K. Heath, for appellant. F. D. S. Bethune, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

PORTER v. PORTER et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Julia C. Porter, an infant, etc., against Alexander J. Porter and another, as executors, etc. No opinion. Motion for new trial denied, and interlocutory judgment affirmed, with costs of this appeal to both parties (one bill to the defendants), to be paid out of the estate.

PRENTICE, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Catherine M. Prentice, as administratrix, etc., of Edith Prentice, deceased, against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

PROCHAZKA, Appellant, v. HAYDEN, Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) . Action by Ferdinand Prochazka against William B. Hayden. No opinion. Judgment affirmed, with costs.

QUEENS BOROUGH CORPORATION, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by the Queens Borough Corporation against the city of New York. No opinion. Order affirmed on argument, with $10 costs and disbursements.

QUEENS BOROUGH CORPORATION, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by the Queens Borough Corporation against the city of New York. No opinion. Judgment affirmed on argument, with costs.

In re QUIRIN. (Supreme Court, Appellate Division, Fourth Department. May 29, 1908.) In the matter of the petition of George L. A.

QUIRIN, to remove from office Charles W. Carter, a justice of the peace of the town of Olean, N. Y. No opinion. Order entered postponing proceedings under order to show cause until July 7, 1908, at 2 p. m.

RABINOWITZ, Appellant, v. PIZER, Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Julius Rabinowitz and others against Leon Pizer. Max D. Steuer (William M. Seabury, of counsel), for appellants. Max Schleimer (Morgan J. O'Brien, of counsel), for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed. See 108 N. Y. Supp. 994.

RANDALL, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Frederick G. Randall against the city of New York. No opinion. Order affirmed, on argument, with $10 .costs and disbursements.

RANDALL, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Frederick G. Randall against the city of New York. No opinion. Judgment affirmed, on argument, with costs.

RAUCH v. DONOVAN. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Gretchen Rauch against Elizabeth Donovan. No opinion. Motion denied. Order filed.

In re REED. (Supreme Court, Appellate Division, First Department. June 12, 1908.) In the matter of Gus Reed. No opinion. Motion granted. Order resettled.

REILLY, Appellant, v. HASELTINE, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Mary Reilly against George Haseltine. No opinion. Motion granted, without costs.

REISLER v. SPRINGER. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Morris Reisler, an infant, etc., against John H. Springer. No opinion. Motion granted. Order filed.

REPTIE v. MUTUAL TERMINAL CO. OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Catherine Reptie, as administratrix, etc., against the Mutual Terminal Company of Buffalo.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, and judgment directed for defendant upon the nonsuit, with costs.

McLENNAN, P. J., not sitting.

RETTER, Respondent, v. OLEAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.)